# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Devon Armond Gales, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:20-cv-00125-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| State of North Carolina Inc. et al, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order entered on October 13, 2020.

October 13, 2020

*Frank G. Johns*

*Frank G. Johns, Clerk*